**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>TRACEY PETHEL<br>DENISE M. PETHEL<br><br>Debtor(s) | **Case No.** 14-14367<br>**Claim No.** 10 |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**Address where Notices to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. |
| Home Equity Group | Default Document Processing |
| 1 Home Campus X2303-01A | N9286-01Y, 1000 Blue Gentian Road |
| Des Moines, IA 50328 | Eagan, MN 55121-7700 |

**Address where Payment to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Operations Center | Wells Fargo Bank, N.A. |
| P.O. Box 31557  B6955-01B | Attention: Payment Processing |
| Billings, MT  59107 | MAC# X2302-04C, 1 Home Campus |
| | Des Moines IA 50328 |

Dated: 03/08/2018                                        /s/ Dipika Parmar

                                                                        Creditor's Authorized Agent for Wells Fargo Bank, N.A.

Document    Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) | TRACEY PETHEL |
| | DENISE M. PETHEL |

| Street | City | State | Zip |
|---|---|---|---|
| 419 E. RACE STREET | POTTSTOWN | PA | 19464 |

| Case Number | Court | Chapter |
|---|---|---|
| 14-14367 | Eastern Pennsylvania | 13 |

**Trustee:**
WILLIAM C MILLER
111 SOUTH INDEPENDENCE MALL
SUITE 583
PHILADELPHIA, PA 19106

**Debtor/Attorney for Debtor:**
JOSEPH L QUINN
152 E HIGH STREET SUITE 100
POTTSTOWN, PA 19464

By: /s/ Dipika Parmar
Dipika Parmar
P.O. Box 201347
Arlington, TX 76006