Certificate Number: 05781-PAE-DE-030773220

Bankruptcy Case Number: 14-14367



05781-PAE-DE-030773220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2018</u>, at <u>3:55</u> o'clock <u>PM PDT</u>, <u>Denise Pethel</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 25, 2018</u>          By:   <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>