United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-14367-amc
Tracey Pethel                                                       Chapter 13
Denise M. Pethel
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
```
db/jdb         +Tracey Pethel,    Denise M. Pethel,    419 E. Race Street,    Pottstown, PA 19464-6517
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13361256       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13353724       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13318915      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Childrens Place/Citicorp Credit Services,
                 Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
13318912       +Carrie A. Brown,    Portfolio Recovery Associates,    120 Corporate Blvd,
                 Norfolk, VA 23502-4952
13318913       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13318914       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13318921       +Hsbc Bank,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
13331640      #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13384989       +PNC Bank,    c/o Andrew F. Gornall, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13436912       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13318922       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13318924        Pottstown Memorial Medical Center,    PO Box 501144,    Saint Louis, MO 63150-0001
13441696       +Pottstown Memorial Medical Center,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
13318925        Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
13318928       +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                 Portland, OR 97208-3908
13380254        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 20 2019 03:19:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13318910       +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2019 03:18:39     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13330057        E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2019 03:18:39
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13356141        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2019 03:22:38
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13318911       +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:18:59     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13339821       +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:19:00     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13318917       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2019 03:18:42     Comenity Bank/Limited Too,
                 Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13318918       +E-mail/Text: bknotice@ercbpo.com Aug 20 2019 03:18:56     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13318919       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:11:12     GECRB/American Eagle,
                 Attn:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13318920       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:10:13     GECRB/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13318923        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2019 03:10:15
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13362330        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2019 03:11:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13367913        E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2019 03:18:43
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13392641        E-mail/Text: bankruptcy@td.com Aug 20 2019 03:18:56     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13318926        E-mail/Text: bankruptcy@td.com Aug 20 2019 03:18:56     Td Banknorth Maine,
                 Td Bank/Attn: Bankruptcy,    Po Box 1377,    Lewiston, ME 04243
13318927       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2019 03:18:37
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW          Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13318916*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,   Kansas City, MO 64195)
13441703*     +Pottstown Memorial Medical Center,   c/o PASI,   PO Box 188,   Brentwood, TN 37024-0188
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSEPH L QUINN    on behalf of Debtor Tracey  Pethel CourtNotices@rqplaw.com
          JOSEPH L QUINN    on behalf of Joint Debtor Denise M. Pethel CourtNotices@rqplaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tracey Pethel and Denise M. Pethel

     Debtor(s)

Bankruptcy No: 14–14367–amc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                   For The Court
                                   Timothy B. McGrath
                                   Clerk of Court

Dated: 8/19/19

                                                  48 – 47
                                              Form 138_new